**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen Paul MARCENKO, Defendant–Appellant.**

No. 04–20484.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 21, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jerome Godinich, Jr., Law Office of Jerome Godinich Jr., Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Stephen Paul Marcenko appeals the sentence imposed following his guilty-plea conviction for fraud in connection with identification documents in violation of 18 U.S.C. § 1028(a)(1). He argues that, in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the district court plainly erred in sentencing him under a mandatory guidelines system.

After *Booker,* it is clear that application of the federal sentencing guidelines in their mandatory form constitutes error that is plain. *See United States v. Valenzuela–Quevedo,* 407 F.3d 728, 732–33 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 267, —— L.Ed.2d —— (2005). Marcenko's contention that this error is structural and gives rise to a presumption of prejudice is unavailing. *See United States v. Malveaux,* 411 F.3d 558 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 194, —— L.Ed.2d —— (2005). He must show that the error affected his substantial rights, and he has not done so. *See Valenzuela–*

---

*Quevedo,* 407 F.3d at 733–34. The judgment of the district court is therefore AFFIRMED.

***AFFIRMED.***

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.